**Opinion issued February 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00712-CV

_____

**LANESHA WASHINGTON, Appellant**

**V.**

**CERBERUS SFR HOLDING, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1112687**

---

## MEMORANDUM OPINION

Appellant, Lanesha Washington, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.